

## Florio Perrucci Steinhardt & Fader, L.L.C.
— Attorneys at Law —
*Partners in our Clients' Success*

235 Frost Avenue  Phillipsburg, NJ 08865   Phone 908-454-8300   Fax 908-454-5827

*Jessica L. Cardone, Esquire*
*jcardone@florioperrucci.com*

December 6, 2010

Hon. Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: A.Z., et al. vs. the Phillipsburg Board of Education
Case No. 3:09-cv-05870-FLW-LHG

Dear Judge Goodman:

Please be respectfully advised that this office represents the Phillipsburg Board of Education. As you may be aware, there is a Motion to Seal pending in this matter for December 20, 2010, same filed by the *pro se* Plaintiff.

Please be advised that Donald E. Souders, Jr., Esquire has been handling this matter from its inception. Unfortunately, Attorney Souders is out of the office today and has been out of the office for the past few days on a family vacation. It was not until his assistant retrieved his mail, earlier today, that I was made aware of this Motion and its return date of December 20, 2010.

Given the fact that Attorney Souders has been out of the office and has been unable to review the Motion that was filed, I am hereby respectfully requesting that the December 20, 2010 return date of the Motion be carried to the next Motion cycle date of January 3, 2011 so that the undersigned may review and respond accordingly. Please be respectfully advised that this office has attempted to speak with the *pro se* Plaintiff regarding this request and has left two (2) voice mails regarding same.

Your consideration to the foregoing request is most appreciated. Kindly advise accordingly. Thank you very much.

FLORIO, PERRUCCI, STEINHARDT & FADER
Very Truly Yours,

Jessica L. Cardone, Esquire

*[Handwritten annotation:]* The motion is adjourned, to be returnable January 3, 2011.

So Ordered this 6th day of December, 2010

JLC/ar
Via Telefax @ 609-989-2193
cc: Mr. Gidon Zilberman
    Ms. Sharon L. Zilberman

www.florioperrucci.com